IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LIBERTY INITIATIVE FUND; U.S. TERM
LIMITS; ARKANSAS TERM LIMITS;
TIMOTHY DANIEL JACOB; TRENTON
DONN POOL; ACCELEVATE 2020, LLC; AND
LAWRENCE COOK;                                                                                PLAINTIFFS,

v.                                    Case No. 4:21-cv-00460-JM

JOHN THURSTON, IN HIS OFFICIAL CAPACITY AS
THE SECRETARY OF STATE FOR THE STATE OF
ARKANSAS,                                                                                       DEFENDANT.

### UNOPPOSED MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.2, Defendant respectfully requests leave to file the attached reply in support of his motion to dismiss Plaintiffs' Second Amended Complaint. Counsel for Defendant has conferred with Counsel for Plaintiffs, who indicated that Plaintiffs do not oppose Defendant's request for leave to file this reply.

Dated: October 18, 2021

                                                        Respectfully submitted,

                                                        LESLIE RUTLEDGE
                                                          Arkansas Attorney General
                                                       NICHOLAS J. BRONNI (2016097)
                                                          Solicitor General
                                                       DYLAN L. JACOBS (2016167)
                                                          Assistant Solicitor General
                                                       OFFICE OF THE ARKANSAS
                                                          ATTORNEY GENERAL
                                                       323 Center Street, Suite 200
                                                       Little Rock, Arkansas 72201
                                                       (501) 682-2007
                                                       (501) 682-2591 (fax)
                                                       Dylan.Jacobs@arkansasag.gov

                                                       *Counsel for Defendant*