IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LIBERTY INITIATIVE FUND, ET AL,**                                **PLAINTIFFS**

V.                                        **4:21CV00460 JM**

**JOHN THURSTON, in his official capacity as**
**Secretary of State for the State of Arkansas**                        **DEFENDANT**

## ORDER OF DISMISSAL

For the reasons stated at the telephone conference on December 6, 2022, Plaintiffs' motion for voluntary dismissal is GRANTED. The Joint Motion for Extension of Time (ECF No. 32) is DENIED. The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of December, 2022.

_____
James M. Moody Jr
United States District Judge